# Certificate of Completion

for the

# Victim Impact Counseling Group

is awarded to

# Darrell Adams

Register No. 66135-079



_C. Showers, Counselor_

UNITED STATES PENITENTIARY BEAUMONT

May 23, 2000

# Certificate of Achievement

this certifies that

## Darrell Adams

Has successfully completed

15 Adult Continuing Education credit hours in

## Legal Research

USP BEAUMONT, TEXAS
On this 20th day of November, 2000

Matthew Schmidt
ACE Coordinator

Supervisor of Education

# Occupational Safety & Health Administration
## GENERAL INDUSTRY
## SAFETY & HEALTH
## OUTREACH TRAINING PROGRAM

PRESENTED TO

# DARRELL W. ADAMS

*for successful completion of the following topics
as part of the Adult Continuing Education Program*

INTRODUCTION TO OSHA
PERSONAL PROTECTIVE EQUIPMENT
HAZARD COMMUNICATION
FLAMMABLE AND COMBUSTIBLE LIQUIDS

MACHINE GUARDING
ELECTRICAL AND LOCKOUT/TAGOUT
WALKING AND WORKING SURFACES
CONFINED SPACE PROCEDURES
MEANS OF EGRESS

APRIL 2011

OSHA

This card acknowledges

10-Hour General Industry Safety and Health course in
General Industry Safety and Health Policy and Health has successfully completed a,

R. Madge – Safety Trainer
(Trainer name – print or type)

Darrell W. Adams

JSH-00925030



Certificate of Completion

is awarded to

D. ADAMS

for successfully completing the
"USP Lompoc Astanga Yoga Class"
USP Lompoc, Recreation Department

M. Brown, Recreation Specialist

J. Jacobson, Superviosr of Recreation



Adult Continuing Education Program

~ Certificate of ~

ACHIEVEMENT

This Certifies that

Darrell Adams

has completed the requirements for the class

*Abilities & Possibilities,*

and is therefore issued this certificate.
Presented by the Education Department, USP Big Sandy

June 30, 2006

S.Walters, Supervisor of Education

V. Jordan, VT Instructor

EXCELLENCE

A2

66135-07



Adult Continuing Education Program

~ Certificate of ~

# ACHIEVEMENT

This Certifies that

## Darrell Adams

has completed the requirements for the class

*Your Stratigic Future,*

and is therefore issued this certificate.
Presented by the Education Department, USP Big Sandy

June 30, 2006

S.Walters, Supervisor of Education

V. Zach, Vocational Training Instructor



Certificate of Completion

This is awarded to
D. Adams

For Completion of Beginning Ceramics Class

At M.S.P. Big Sandy

This Certificate is awarded on this 10th Day of January, 2007

P. Patterson, SOR

T. Brown, Recreation Specialist

# CERTIFICATE OF COMPLETION

This Certifies that

**D. Adams**

Has successfully met the requirements for completion of

*Intermediate Ceramics*

2/22/07

P. Patterson, SOR

J. Brown, Program Coordinator

# CERTIFICATE OF COMPLETION

**Darrell Adams**

Has successfully met all of the requirements for completion of the "Basic Chess Class" at FCC Terre Haute.

D. Lewis, Recreation Specialist

K. Dupes, Supervisor of Recreation

# CERTIFICATE OF COMPLETION

## Darrell Adams

Has successfully completed the required instruction for the
Swiss Ball Class from October through December 2010 at

USP Allenwood.

B.O.K

B. Kramer, Program Supervisor

This Certificate Of Completion Is

Proudly Presented To

# DARREL ADAMS

For His Successful Completion

Of

ACE

WORLD WAR II

Presented On This 20th Day Of
December  2010

Mr. C. Johnson
ACE Coordinator



∞ *Certificate of Achievement* ∞

This certifies that

__Darrell Adams__

has satisfactorily completed

YOGA Class

Consisting of __4__ Hours of Training

This certificate is hereby issued this __1st__ day of __April, 2011.__

B. Kramer, Recreation Specialist

D. Holcomb, FCC Supervisor of Recreation

# ∞ Certificate of Achievement ∞

## This certifies that

### Darrell Adams

## has satisfactorily completed

Plyo/Medicine Ball Class

## Consisting of __4__ Hours of Training

This certificate is hereby issued this __31st__ day of __March, 2011.__

_B-O-h_

B. Kramer, Recreation Specialist

D. Holcomb, FCC Supervisor of Recreation

# ∞ Certificate of Achievement ∞

**This certifies that**

**Darrell Adams**

**has satisfactorily completed**

50 and Over Class

**Consisting of _4_ Hours of Training**

**This certificate is hereby issued this _28th_ day of March, 2011.**

B. Kramer, Recreation Specialist

D. Holcomb, FCC Supervisor of Recreation

Case 4:94-cr-00121   Document 1112-4   Filed on 01/03/18 in TXSD   Page 23 of 46

∞ *Certificate of Achievement* ∞

This certifies that

__Darrell Adams__

has satisfactorily completed

Swiss Ball Class

Consisting of __4__ Hours of Training

This certificate is hereby issued this __29th__ day of __March, 2011.__

__B. Kramer, Recreation Specialist__

__D. Holcomb, FCC Supervisor of Recreation__

∞ *Certificate of Achievement* ∞

**This certifies that**

**Darrell Adams**

**has satisfactorily completed**

Swiss Ball Class

**Consisting of __4__ Hours of Training**

**This certificate is hereby issued this __26th__ day of __June 2011__.**

B. Kramer, Recreation Specialist

D. Holcomb, FCC Supervisor of Recreation

# ∞ *Certificate of Achievement* ∞

**This certifies that**

**Darrell Adams**

**has satisfactorily completed**

50 and Over Class

**Consisting of 4 Hours of Training**

**This certificate is hereby issued this 26th day of June 2011.**

B. Kramer, Recreation Specialist

D. Holcomb, FCC Supervisor of Recreation

# ∞ *Certificate of Achievement* ∞

### This certifies that

**Darrell Adams**

## has satisfactorily completed

Stretching Class

## Consisting of __4__ Hours of Training

This certificate is hereby issued this __26th__ day of June 2011.

_B.D.K._
B. Kramer, Recreation Specialist

D. Holcomb, FCC Supervisor of Recreation

# ∞ Certificate of Achievement ∞

### This certifies that

__Darrell Adams__

### has satisfactorily completed

Plyo/Medicine Ball Class

### Consisting of __4__ Hours of Training

### This certificate is hereby issued this __26th__ day of June 2011.

_B.O.K_

B. Kramer, Recreation Specialist

D. Holcomb, FCC Supervisor of Recreation



# Certificate of Achievement

This is to certify that

**Darrell Adams**

has completed the necessary course work for

**Legal Research**

and is entitled to the benefits it incurs.

Awarded this the 31st day of December, 2012,

at FCC Beaumont.

A. Thomas, ASOE

S. Green, ACE Coordinator



# Certificate of Achievement

This is to certify that

**Darrell Adams**

has completed the necessary course work for

**Business Planning**

and is entitled to the benefits it incurs.

Awarded this the 3rd day of January, 2013,

at FCC Beaumont.

A. Thomas
A. Thomas, ASOE

S. Green, ACE Coordinator



# Certificate of Achievement

This is to certify that

**Darrell Adams**

has completed the necessary course work for

**Business Mathematics**

and is entitled to the benefits it incurs.

Awarded this the 19th day of March, 2013, at FCC Beaumont.

A. Thomas
A. Thomas, ASOE

S. Green, ACE Coordinator



# Certificate of Achievement

This certifies that

D. ADAMS    #66135-079

has satisfactorily completed

WELLNESS HEALTH & FITNESS CLASS

Consisting of ___15___ Hours of Training

This certificate is hereby issued this ___26th___ day of ___MAY_____, 20_15_

D. CULLISON, RECREATION SPECIALIST

R. NUCI, ASOR

# Certificate of completion

## This certifies that

### DARRELL ADAMS

completed 16 Adult Continuing Education hours of

## PERSONAL FINANCE CREDIT EVALUATION

C. Smith

C. Smith, ACE Coordinator

Education Department
FCC Beaumont - Medium, Texas
OCTOBER 2016



# CERTIFICATE *of* ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## Darrell Adams

HAS SUCCESSFULLY COMPLETED THE

Athletes and Efficient Hearts Self Study Course

JULY 15TH, 2020

D. BOWEN, *Recreation Specialist, USP McCreary KY*



# CERTIFICATE of ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## Darrell Adams

HAS SUCCESSFULLY COMPLETED THE

Eating to Win Study Course

JULY 29TH, 2020

D. BOWEN, *Recreation Specialist, USP McCreary KY*



# CERTIFICATE of ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## Darrell Adams

**HAS SUCCESSFULLY COMPLETED THE**

Sports Marketing Study Course

AUGUST 19TH , 2020

D. BOWEN , *Recreation Specialist, USP McCreary KY*

# CERTIFICATE of ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## Darrell Adams

HAS SUCCESSFULLY COMPLETED THE

Nutrition Self Study Course

SEPTEMBER 15TH,
2020

D. BOWEN , *Recreation Specialist, USP McCreary KY*





# Certificate
## OF COMPLETION

*awarded to*

## Darrell Adams

The Healthy Minds and Bodies Program

D. Bowen / Recreation Specialist



September 16, 2020



You are now enrolled in the USP McCreary Recreation Department Healthy Minds and Bodies Program.

This Program is a Six (6) Journal, 12 week self-study program.

<u>To graduate the program you will have to complete at least 80% of all six (6) Journals.</u>

When you successfully complete the program you'll receive 24 hours of Sentry credit.

The six (6) Class Journals are:

Health Journal, Eat Smart,

Weight Management, Diabetes & You,

The Courage to Change, and

Enjoying the Second Half of Life

Recreation Specialist D. Bowen

/07

DATE REVIEWED: _____

INSTITUTION: _____MCR_____ UNIT: _____1A_____

INMATE NAME: _____ADAMS, DARRELL_____ REG NO: _____66135-079_____

FIRST STEP ACT (Circle One):   ELIGIBLE   /   INELIGIBLE

RECIDIVISM RISK LEVEL (Circle One):   MINIMUM   LOW   MEDIUM   HIGH