

U.S. Department of Justice

Federal Bureau of Prisons

United States Penitentiary McCreary

330 Federal Way

Pine Knot, KY  42635

*Office of the Warden*

September 17, 2020

Richard Kuniansky
440 Louisiana, Suite 1440
Houston, TX 77002

Re:   ADAMS, Darrell Wayne
      Reg. No. 66135-079

Dear Mr. Kuniansky:

We are in receipt of your letter regarding Darrell Adams, an inmate currently incarcerated at United States Penitentiary, McCreary.  In your letter you are requesting a compassionate release/reduction in sentence/home confinement, based on concerns of COVID-19 and his LIFE sentence.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons.  BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner.  Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates.  We recognize there are legitimate concerns and fears about the spread and effects of the virus.  However, your concern about Darrell Adams being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from his sentence.

I trust this information has addressed your concerns.

Sincerely,

*signature*

G. Gomez
Warden