UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:94-cr-00121 |
|---|---|---|---|

United States of America

*versus*

Adams et al

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Calyssa Zellars, Esq.<br>The Decarceration Collective Law Office<br>1325 S. Wabash Street Suite 305<br>Chicago, IL 60605<br>312-971-8379<br>MI P82634 |

| Name of party applicant seeks to appear for: | Darrell Wayne Adams |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/4/2021 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**                 **This lawyer is admitted *pro hac vice*.**

Dated: _____           _____
                                         United States District Judge

